AARON D. FORD
  Attorney General
JEFFREY D. WHIPPLE, (Bar No. 16346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3792 (phone)
(702) 486-3768 (fax)
Email: jwhipple@ag.nv.gov

*Attorneys for Interested Party*
 *Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC A. EARLEY, | Case No. 2:24-cv-00403-APG-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| DOCTOR MENTAL HEALTH, *et al.*, | |
| <u>Defendant.</u> | |

IT IS HEREBY STIPULATED by and between Plaintiff, Marc Earley, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

Page **1**

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of NOV, 2024.

By: /s/ Marc Earley
MARC EARLEY
Plaintiff

DATED this 6th Day of November, 2024.

AARON D. FORD
Attorney General

By: /s/ Jeffrey D. Whipple
JEFFREY D. WHIPPLE (Bar No. 16346)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___December 3___, 2024.

_____
UNITED STATES DISTRICT JUDGE